STATE OF NEW JERSEY v. RICKY MONTAGUE.

February 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE FRANKLIN.

February 8, 1982.

Petition for certification denied.

ARTHUR W. McMURRAY v. VERONICA McMURRAY.

February 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS COLE.

February 8, 1982.

Petition for certification denied.

PAUL TRACTENBERG v. IRENE TRACTENBERG.

February 8, 1982.

Petition for certification denied.